IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00082 |
| | ) | Judge Trauger |
| GARY C. HUTCHESON | ) | |
| | ) | |

**O R D E R**

The defendant's Motion to Extend Report Date (Docket No. 31), which has not been opposed, is **GRANTED**. It is hereby **ORDERED** that, instead of reporting to the institution designated by the Bureau of Prisons by March 8, 2013, he shall report by 2:00 p.m. on Wednesday, May 8, 2013, to the institution designated by the Bureau of Prisons for the service of his sentence.

It is so **ORDERED**.

ENTER this 12th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge